BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00203 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | Old Date: October 6, 2014<br>Old Time: 8:30 a.m. |
| AGUSTIN SIMON, | |
| Defendant. | **Date:       December 1, 2014**<br>**Time:       8:30 a.m.**<br>**Courtroom:   Four**<br>     (Hon. Lawrence J. O'Neill) |

Defendant AGUSTIN SIMON pleaded guilty on June 10, 2013, to the Information filed in this case. Sentencing is currently set for October 6, 2014, at 8:30 a.m.

To allow additional time for Mr. Simon to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from October 6, 2014, to December 1, 2014, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the court extend the deadline to file formal objections to the Pre-

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING

1

Sentence Report (PSR) to one week prior to the continued sentencing date.

Dated: September 25, 2014          BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/   Christopher D. Baker
                                   CHRISTOPHER D. BAKER
                                   Assistant United States Attorney


Dated: September 25, 2014          McALLISTER & McALLISTER


                                    /s/   Kirk W. McAllister
                                   KIRK W. McALLISTER
                                   Attorney for Defendant
                                     AGUSTIN SIMON

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from October 6, 2014, to December 1, 2014, at 8:30 a.m., and that the deadlines to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

   Dated:  **September 26, 2014**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING

2