BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>AGUSTIN SIMON,<br><br>            Defendant. | CASE NO.  1:13-CR-00203 LJO-SKO<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Old Date:   December 1, 2014<br>Old Time:   8:30 a.m.<br><br>**Date:       February 23, 2015**<br>**Time:       8:30 a.m.**<br>**Courtroom:   Four**<br>         **(Hon. Lawrence J. O'Neill)** |

Defendant AGUSTIN SIMON pleaded guilty on June 10, 2013, to the Information filed in this case.  Sentencing is currently set for December 1, 2014, at 8:30 a.m.

To allow additional time for Mr. Simon to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from December 1, 2014, to February 23, 2015, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the court extend the deadline to file formal objections

STIPULATION AND ORDER CONTINUING
SENTENCING HEARING

1

to the Pre-Sentence Report (PSR) to one week prior to the continued sentencing date.

```
Dated:  November 24, 2014            BENJAMIN B. WAGNER
                                     United States Attorney


                                      /s/   Christopher D. Baker
                                     CHRISTOPHER D. BAKER
                                     Assistant United States Attorney


Dated:  November 24, 2014            McALLISTER & McALLISTER


                                      /s/   Kirk W. McAllister
                                     KIRK W. McALLISTER
                                     Attorney for Defendant
                                       AGUSTIN SIMON
```

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from December 1, 2014, to February 23, 2015, at 8:30 a.m., and that the deadlines to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

```
   Dated:  November 24, 2014              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE
```

STIPULATION AND ORDER CONTINUING
SENTENCING HEARING

2