Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354
Tel: (209) 575-4844

Attorney for Defendant
AUGUSTIN SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | : | Case No.:   1:13-CR-00203LJO SKO |
|---|---|---|
| Plaintiff, | : | **STIPULATION AND ORDER** |
| | : | **CONTINUING SENTENCING HEARING** |
| vs. | : | |
| | : | Old Date: February 23, 2015 |
| AUGUSTIN SIMON, | : | Old Time: 8:30 a.m. |
| | : | |
| Defendant. | : | **Date: March 2, 2015** |
| | : | **Time: 1:00 p.m.** |
| | : | **Courtroom: Four** |
| | : |    **(Hon. Lawrence J. O'Neill)** |
| | : | |
| | : | |

Defendant AUGUSTIN SIMON pleaded guilty on June 10, 2013, to the Information filed in this case.  Sentencing is currently set for February 23, 2015, at 8:30 a.m.

Attorney Kirk McAllister is currently in a jury trial in the Stanislaus County Superior Court and is unavailable to attend the sentencing hearing on February 23, 2015.  The parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from February 23, 2015, at 8:30 a.m. to March 2, 2015 at 1:00 p.m., or on the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly

-1-

1 request that the court extend the deadline to file formal objection to the Pre-Sentence Report
2 (PSR) to one week prior to the continued sentencing date.

Respectfully submitted,

KIRK W. MCALLISTER

Dated: 02/19/2015        /s/ Kirk W. McAllister
                        KIRK W. McALLISTER
                        Attorney for Defendant


                        /s/ Christopher Baker
Dated: 02/19/2015        CHRISTOPHER BAKER
                        Assistant U.S. Attorney


**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from February 23, 2015, at 8:30 a.m., to March 2, 2015, at 1:00 p.m., and that the deadlines to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:  2/19/2015        /s/ Lawrence J. O'Neill____
                        HON. LAWRENCE J. O'NEILL
                        UNITED STATES DISTRICT JUDGE