BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00203-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| AGUSTIN SIMON, | |
| Defendant. | |

WHEREAS, on February 7, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Agustin Simon, forfeiting to the United States the following property:

    a. Real Property located at 950 Apricot Avenue, Patterson, Stanislaus County, California, APN: 048-023-035-000, and more fully described as follows:

    Lot 525 of "Map of Patterson Colony Sub-Tract No. 2," according to the Official Map thereof, filed in the Office of the Recorder of Stanislaus County, on January 9, 1911, in Volume 5 of Maps, at Page 23.

///

///

AND WHEREAS, beginning on February 13, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, potential claimant Minerva Sanchez and Joshua Sanchez have executed a Waiver, Consent, and Stipulation forfeiting their right, title, and interest of the above-described real property in the related criminal case United States v. Minerva Sanchez, 1:13-CR-00438-AWI-BAM, subject to the terms set forth below;

AND WHEREAS, the United States sent direct written notice to Joshua Sanchez of the entry of the Preliminary Order of Forfeiture;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Agustin Simon, Minerva Sanchez, and Joshua Sanchez:

///

///

      a. Real Property located at 950 Apricot Avenue, Patterson, Stanislaus County, California, APN: 048-023-035-000, and more fully described as follows:

      Lot 525 of "Map of Patterson Colony Sub-Tract No. 2," according to the Official Map thereof, filed in the Office of the Recorder of Stanislaus County, on January 9, 1911, in Volume 5 of Maps, at Page 23.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service – Criminal Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **March 11, 2015**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE